Blackwell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAWES, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Gilbert R. Hawes against David W. Armstrong. W. J. Dawley, for appellant. G. R. Hawes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAYES, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Edwin A. Hayes against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. Settle order before RICH, J. See also, 118 N. Y. Supp. 810.

HEDDEN CONST. CO. v. PROCTER & GAMBLE CO. et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by the Hedden Construction Company against the Procter & Gamble Company and others. No opinion. Motion to resettle order denied. Reargument of the case ordered, and case set down for reargument Tuesday, December 7, 1909. See, also, 118 N. Y. Supp. 920.

HEILIG, Respondent, v. BURNS, Appellant, et al. (Supreme Court, Appellate Division. Fourth Department. November 17, 1909.) Action by Edward Heilig against William J. Burns, impleaded, etc. No opinion. Motion to amend decision (118 N. Y. Supp. 101) denied, with $10 costs.

HEINTZ, Appellant, v. CONTINENTAL CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Jacob C. Heintz against the Continental Casualty Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 121 App. Div. 75, 105 N. Y. Supp. 519.
SPRING and KRUSE, JJ., dissent.

HEISLER, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Elizabeth J. Heisler against the Edison Electric Illuminating Company of Brooklyn. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HEITZ, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Pauline A. Heitz against the City of Mt. Vernon. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

HESS v. GALLAGHER. FITZGERALD v. METROPOLITAN LIFE INS. CO. PRINEVEAU v. BILLINGTON. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Actions by E. H. Hess against Chas. Gallagher, by M. J. Fitzgerald against the Metropolitan Life Insurance Company, and by M. Prineveau against R. R. Billington. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 64 Misc. Rep. 95, 117 N. Y. Supp. 960.

In re HICKS. Appeal of TAYLOR et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) In the matter of John H. Hicks, as receiver of the American Underwriters' Fire Insurance Company, etc. No opinion. Order affirmed, with costs.

In re HICKS. Appeal of NOBLES et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) In the matter of John H. Hicks, as receiver of the American Underwriters' Fire Insurance Company, etc. No opinion. Order affirmed, with costs.

HIDDINK v. WOOLVERTON. (Supreme Court, Appellate Term. November 12, 1909.) Appeal from City Court of New York, Special Term. Action by Carrie L. Hiddink against William H. Woolverton, as president of the New York Transfer Company. From an order, "in so far as the same fails to amend the interlocutory judgment * * * by striking therefrom the words 'ten dollars ($10),' and leaving the amount of costs to be adjusted by the clerk," defendant appeals. Dismissed. Holden & Rogers (Clarence R. Rogers, of counsel), for appellant. Hill, Lockwood, Redfield & Lydon (Joseph E. Russell, of counsel), for respondent.
PER CURIAM. An examination of the order shows that, while not in the usual form, it does strike out the words "ten dollars ($10)," and leaves the amount of costs to be adjusted by the clerk. The appeal is therefore dismissed, with $10 costs and disbursements.

HOEH, Respondent, v. SUPREME LODGE OF KNIGHTS AND LADIES OF HONOR, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Eva Hoeh against the Supreme Lodge of Knights and Ladies of Honor. H. F. Lippold, for appellant. M. Strassman, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Settle order on notice.

HOFFMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Samuel Hoffman against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOFFMAN, Respondent, v. WULSTEIN, Appellant. (Supreme Court, Appellate Divi-